IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-02728-MSK

ALLEN BERGERUD,

    Applicant,

v.

JAMES FALK, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

# FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order Denying Application for a Writ of Habeas Corpus filed on October 2, 2015 (**Doc. #27** ), by Chief Judge Marcia S. Krieger, it is

ORDERED that:

The Application for Writ of Habeas Corpus **(Doc. #1)** is **DENIED.**  The case is **DISMISSED** without prejudice.

Dated this 2nd day October, 2015.

                ENTERED FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                s/Patricia Glover
                  Deputy Clerk